UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **APRESE SYSTEMS TEXAS, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**ROKU, INC.,**<br><br>Defendant | **Case No. 6:19-cv-00528-ADA**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Aprese Systems Texas, LLC, and Defendant, Roku, Inc. have resolved their disputes in this action. Pursuant to this resolution, the parties hereby move the Court to dismiss with prejudice all claims asserted by Plaintiff against Defendant in this action. The parties agree that all attorneys' fees, costs of court and expenses shall be borne by the incurring party.

Therefore, Aprese Systems Texas, LLC and Roku, Inc. respectfully request that the Court enter an order dismissing with prejudice all claims in this action, and ruling that all attorneys' fees, costs of court and expenses shall be borne by the incurring party.

Dated: November 19, 2020

Respectfully submitted,

*/s/ R. W. Mort III*

Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

ATTORNEYS FOR PLAINTIFF

By: */s/ Matthew C. Bernstein*
Matthew C. Bernstein
MBernstein@perkinscoie.com
California State Bar No. 199240
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130
Tel. (858) 720-5721
Fax (858) 720-5799

Skyler M. Howton
SHowton@perkinscoie.com
Texas State Bar No. 24077907
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
Tel. (214) 259-4951
Fax (214) 965-7752

ATTORNEYS FOR DEFENDANT